**BOWEN v. MABRY**

[357 N.C. 574 (2003)]

DIANE WILSON BOWEN, Executrix of the Estate of BRUCE PICKETT WILSON v. PAMELA Y. MABRY, Executrix of the Estate of JOSEPHINE DOWNER WILSON

No. 47PA03

(Filed 7 November 2003)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 154 N.C. App. 734, 572 S.E.2d 809 (2002), reversing and remanding an order entered 16 November 2001 by Judge Jimmy L. Myers in District Court, Davidson County. Heard in the Supreme Court 15 October 2003.

*Biesecker, Tripp, Sink & Fritts, by Max R. Rodden, for plaintiff-appellee.*

*Michelle D. Reingold for defendant-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.